United States District Court
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| **ISAIAH ALEJANDRO MARTINEZ**, | Case No. 1:25-cv-01143-RLY-MKK |
| Plaintiff, | |
| v. | |
| **TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.**, | |
| Defendants. | |

**STIPULATION OF DISMISSAL
AS TO TRANS UNION**

Plaintiff Isaiah Alejandro Martinez and Defendant Trans Union, LLC

("**Trans Union**"), by and through undersigned counsel, hereby stipulate that this

action and all claims asserted therein be dismissed with prejudice as to Trans

Union, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). By agreement, each party is to

bear its own fees and costs.

Respectfully submitted,

*For Plaintiff:*

*/s/Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Trans Union:*

*/s/William M. Huse, Esq.*
William M. Huse, Esq. (IN# 31622-49)
Quilling, Selander, Lownds, Winslett
  & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 603
Fax:  (317) 899-9348
E-Mail:  whuse@qslwm.com


SO ORDERED:


_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on May 11, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

/s/Guerino Cento
Guerino Cento