United States District Court
Southern District of Indiana
Indianapolis Division

ACKNOWLEDGED. Case is dismissed with prejudice.
DATED: May 12, 2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**ISAIAH ALEJANDRO MARTINEZ**,

Plaintiff,

v.

**TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.**,

Defendants.

Case No. 1:25-cv-01143-RLY-MKK

## STIPULATION OF DISMISSAL AS TO TRANS UNION

Plaintiff Isaiah Alejandro Martinez and Defendant Trans Union, LLC ("**Trans Union**"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Trans Union, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). By agreement, each party is to bear its own fees and costs.

Respectfully submitted,

*For Plaintiff:*

*/s/Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Trans Union:*

*/s/William M. Huse, Esq.*
William M. Huse, Esq. (IN# 31622-49)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 603
Fax:  (317) 899-9348
E-Mail:  whuse@qslwm.com

SO ORDERED:

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on May 11, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/Guerino Cento*
Guerino Cento